**2013–0915. State v. Cepec.**
Medina C.P. No. 10CR0588. This cause is pending before the court as an appeal from the Court of Common Pleas of Medina County.

Upon consideration of appellant's motion to unseal proceedings, it is ordered by the court that the motion is denied. It is further ordered, sua sponte, that counsel in this case shall be permitted to come to the Clerk's Office to review the sealed portions of the record.

**2014–1063. Taft v. Lorain Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2011–3401. Upon consideration of appellant's motion for mediation, it is ordered by the court that the motion is granted. The court refers this case to mediation under S.Ct.Prac.R. 19.01, and stays all filing deadlines for this case until further order of this court. The court will not issue any decision on the merits of this case until mediation has concluded.